AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | FILED<br>REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>2005 JAN 27 P 3:40<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

U.S. DISTRICT COURT
DISTRICT OF MASS.

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>District of Massachusetts |
|---|---|
| DOCKET NO. | DATE FILED | John Joseph Moakley Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 |

05 - 10169 NG

| PLAINTIFF<br>UMG RECORDINGS, INC.; BMG MUSIC; ARISTA RECORDS LLC; and SONY BMG MUSIC ENTERTAINMENT | DEFENDANT<br>DOES 1 - 2 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

**Exhibit A**

**Doe #1 (129.63.65.49 2004-12-21 15:03:29 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Dru Hill | 5 Steps | Dru Hill | 227-760 |
| UMG Recordings, Inc. | Jodeci | Come and Talk to Me | Forever My Lady | 129-912 |
| UMG Recordings, Inc. | Mary J. Blige | Your Child | Mary | 268-503 |
| UMG Recordings, Inc. | Dru Hill | You Are Everything | Enter the Dru | 290-402 |
| Sony BMG Music Entertainment | Sade | I Couldn't Love You More | Love Deluxe | 183-731 |
| BMG Music | SWV | Rain | Release Some Tension | 249-300 |
| Sony BMG Music Entertainment | Mariah Carey | My All | Butterfly | 244-014 |
| Sony BMG Music Entertainment | Mariah Carey | I Don't Wanna Cry | Mariah Carey | 118-408 |
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |

**Exhibit A**

## Doe #2 (129.63.68.21 2005-01-04 11:44:30 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Usher | Think Of You | Usher | 200-154 |
| Arista Records LLC | Usher | How Do I Say | 8701 | 307-207 |
| BMG Music | Tyrese | Lately | Tyrese | 237-788 |
| BMG Music | Tyrese | For Always | 2000 Watts | 293-345 |
| Sony BMG Music Entertainment | Wyclef Jean | Gone Till November | Wyclef Jean Presents The Carnival Featuring Refugee Allstars | 251-493 |